UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                )
Conservation Law Foundation, Inc.,    )
                                                )    Case No. 1:16-cv-10171-JCB
                        Plaintiff,         )
                                                )
            v.                               )    Stipulation for Dismissal
                                                )
Borden Light Marina, Inc.              )
                                                )
                        Defendant.      )
_____ )


**STIPULATION FOR DISMISSAL**

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and

agree that the action be Dismissed, with prejudice, pursuant to the terms of their negotiated out-

of-court settlement. The parties further state that the U.S. Department of Justice has reviewed the

negotiated out-of-court settlement and informed the Court and the parties that DOJ  has "no

objection to the terms of the settlement."

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| /s/ Zachary K. Griefen | /s/ Richard A. Nylen, Jr., Esq. |
| Zachary K. Griefen, BBO#665521 | BBO# 375280 |
| Conservation Law Foundation | Lynch, DeSimone & Nylen, LLP |
| 15 East State Street, Suite 4 | 10 Post Office Square, Suite 970N |
| Montpelier, VT 05602 | Boston, MA 02109 |
| (802) 223-5992 x4011 | (617) 348-4500, ext. 231 |
| zgriefen@clf.org | rnylen@ldnllp.com |
| Dated: December 2, 2016 | Dated: December 2, 2016 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Joint Status Report was filed through the Court's Electronic Filing System ("ECF") on today's date, that copies will be sent electronically to registered participants via the ECF system, and that paper copies will be mailed to non-registered participants, if any.

s/ Zachary K. Griefen
Zachary K. Griefen, BBO#665521
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
(802) 223-5992 x4011
zgriefen@clf.org

Dated: December 2, 2016